Maynard C. WALLETT, Petitioner—Appellant,

v.

Joan PALMATEER, Superintendent Oregon State Penitentiary, Respondent—Appellee.

No. 01–36155.

D.C. No. CV–00–01132–AS.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2003.*

Decided March 7, 2003.

Before O'SCANNLAIN, FERNANDEZ and FISHER, Circuit Judges.

MEMORANDUM**

Appellant Maynard Wallett appeals the district court's dismissal of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

After the district court dismissed Wallett's petition, this court granted Wallett's request for a certificate of appealability on the issue of whether Wallett's federal claims are procedurally barred. In his opening brief on appeal, Wallett expressly conceded that he procedurally defaulted his federal constitutional claims. Wallett has therefore abandoned his claim for relief, because the scope of our review of a

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

habeas appeal is limited to the issues specified in the certificate of appealability. 28 U.S.C. § 2253(c); *Hiivala v. Wood*, 195 F.3d 1098, 1102–03 (9th Cir.1999).

The judgment of the district court is **AFFIRMED.**

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.